IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZM, by his Parents and Parents of ZM, individually<br><br>        Plaintiffs,<br><br>  v.<br><br>CHRISTINE CARTER, et al.,<br><br>        Defendants.<br>_____/ | No. C 06-05448 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

      This matter is set for a hearing on May 18, 2007 on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiffs' opposition brief to this motion shall be due by Friday, January 26, 2007 and Defendants' reply brief shall be due by Friday, February 2, 2007.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: January 12, 2007

                                                    JEFFREY S. WHITE<br>                                                    UNITED STATES DISTRICT JUDGE