KATHRYN ELIZABETH DOBEL CSB# 85530
Law Office of Kathryn Dobel
2026 Delaware Street
Berkeley, California 94709
Telephone: (510) 548-2004
Facsimile: (510) 843-0833
Email: spedlaw@comcast.net

Attorney for Plaintiffs

DONALD A. VELEZ CSB# 143132
Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384
Email: dvelez@mbdlaw.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZM, by his Parents<br>And Parents of ZM,<br>individually<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTINE CARTER, individually,<br>and in her capacity as Superintendent<br>of the REED UNION SCHOOL DISTRICT,<br>and REED UNION SCHOOL DISTRICT<br><br>Defendants. | Case No. C06 05448 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER REQUESTING DISMISSAL<br><br>DATE: May 18, 2007<br>TIME: 1:30 p.m.<br>COURTROOM 2, 17th Floor<br>JUDGE: Honorable Jeffrey S. White |

The case is settled and the final processing of the matter has been completed. The parties stipulate and respectfully request that the matter be dismissed.

Stipulation and [Proposed] Order Requesting Dismissal; C06-05448 JSW                    1

IT IS SO STIPULATED:

Dated: January 18, 2007

*[signature]*

Kathryn E. Dobel, Esq.
Attorney for Plaintiffs

*[signature]*

Donald A. Velez, Esq.
Attorneys for Defendants

## ORDER

Having considered the stipulation of the parties herein, and good cause appearing therefore, IT IS HEREBY ORDERED that the matter be dismissed.

Dated: __January 19__, 2007

*[signature]*
Hon. Jeffrey S. White
United States District Judge